IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MARY A. GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05-3273 |
| | ) | |
| ILLINOIS STATE POLICE; ILLINOIS | ) | |
| STATE POLICE ACADEMY | ) | |
| COMMANDER CARL J. WEITZEL; | ) | |
| STATE TROOPERS TERRY, ERIC | ) | |
| HELTON, MICHAEL SEVERINO, | ) | |
| BRIAN WILHAM, SARA WILLMAN, | ) | |
| AND JANE DOE; AND STATE | ) | |
| POLICE CADETS PAMELA | ) | |
| GURESKI, BONITA PALMER, AND | ) | |
| STACIE NEISLER, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

RICHARD MILLS, U.S. District Judge

The Court now considers the Defendants' Partial Motion to Dismiss. The Defendants move the Court to dismiss counts V, VI, VII, VIII, IX, X, and XII of the Plaintiff's Complaint. The Defendants have filed a thorough memorandum in support of their motion. Contrary to

1

Local Rule 7.1(B)(2) of the United States District Court for the Central District of Illinois, Plaintiff has not filed a memorandum in opposition to the Defendant's motion.

<u>Ergo</u>, the Defendants' Partial Motion to Dismiss (d/e 21) is ALLOWED AS UNOPPOSED.  Counts V, VI, VII, VIII, IX, X, and XII of the Plaintiff's Complaint are DISMISSED.

IT IS SO ORDERED.

ENTER:  January 4, 2006

FOR THE COURT:                                        s/ Richard Mills
                                                     United States District Court