IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MARY A. GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05-3273 |
| | ) | |
| ILLINOIS STATE POLICE; ILLINOIS | ) | |
| STATE POLICE ACADEMY | ) | |
| COMMANDER CARL J. WEITZEL; | ) | |
| STATE TROOPERS TERRY, ERIC | ) | |
| HELTON, MICHAEL SEVERINO, | ) | |
| BRIAN WILHAM, SARA WILLMAN, | ) | |
| AND JANE DOE; AND STATE | ) | |
| POLICE CADETS PAMELA | ) | |
| GURESKI, BONITA PALMER, AND | ) | |
| STACIE NEISLER, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

RICHARD MILLS, U.S. District Judge

   Plaintiff Mary Garcia moves this Court to vacate the January 5, 2006, Opinion which dismissed several of her claims for failing to respond to Defendants' motion to dismiss.  The Court will allow Garcia's motion.  However, it strongly cautions her to comply with all rules and

1

deadlines in the future.  Her failure to do so may lead to drastic results, including dismissal or the striking of offending pleadings.

<u>Ergo</u>, Plaintiff Mary Garcia's Motion to Vacate Order of January 5, 2006 (d/e 25) is ALLOWED.  The January 5, 2006, Opinion (d/e 24) is VACATED.  Consequently, Defendants' Motion to Dismiss (d/e 21) will be decided on its merits.

    IT IS SO ORDERED.

    ENTER:  March 24, 2006

    FOR THE COURT:                    s/ Richard Mills
                                                                United States District Court