IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MARY A. GARCIA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05-3273 |
| | ) | |
| ILLINOIS STATE POLICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

RICHARD MILLS, U.S. District Court:

On March 15, 2006, United States Magistrate Judge Byron G. Cudmore issued a Report and Recommendation ("R&R") wherein he recommended that Defendants "Terry," "Jane Doe," and Pamela Gureski be dismissed for want of prosecution. See d/e 31 (citing Fed.R.Civ.P. 4(m)). Judge Cudmore advised Plaintiff Mary A. Garcia that if she did not file written objections to the R&R by March 29, 2006, any objections would be deemed waived. See d/e 31 (citing Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986) and Local Rule

1

72.2).

It is now April 4, 2006, and Plaintiff has not objected to the R&R. Accordingly, any objections are deemed waived.

<u>ERGO</u>, the Court ADOPTS the March 15, 2006, Report and Recommendation. Defendants "Terry," "Jane Doe," and Pamela Gureski are DISMISSED FOR WANT OF PROSECUTION.

IT IS SO ORDERED.

ENTER: April 4, 2006

FOR THE COURT:                    s/ Richard Mills
                                  United States District Judge